JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. JORDAN, JR.,<br><br>            Petitioner,<br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            Respondent. | Case No. SACV 11-45-JFW (DTB)<br><br>J U D G M E N T |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 9/14/11

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE